NUMBER
13-05-459-CV

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG 

___________________________________________________________________

 

DOMINION AIR &
HEAT, L.L.C.,                                                      Appellant,

 

                                                             v.

 

SOUTHWESTERN BELL YELLOW PAGES, INC.,                           Appellee.

___________________________________________________________________

 

                     On appeal from County
Civil Court at Law No. 3 

                                         of Harris County, Texas.

___________________________________________________________________

 

                               MEMORANDUM
OPINION

 

                          Before
Justices Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, DOMINION AIR & HEAT, L.L.C.,
perfected an appeal from a judgment entered by County Civil Court at
Law No. 3 of Harris County, Texas, in cause number 813742.  After the record
was filed, appellant filed a motion to dismiss the appeal.  In the motion, appellant states that this
case has been resolved and appellant no longer wishes to prosecute this
appeal.  Appellant requests that this
Court dismiss the appeal.

The Court, having considered the documents on file and
appellant=s motion
to dismiss the appeal, is of the opinion that the motion should be
granted.  Appellant=s motion
to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum
Opinion delivered and filed this

the 10th day of November, 2005.